Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-445-089

**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Little Punkins-Cats |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2001 |
| **Date of 1st Publication:** | January 05, 2005 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Persis Clayton Weirs |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Patrick Weirs |
| | 305 Mann Hill Rd, Holden, ME, 04429, United States |
| **Transfer statement:** | By inheritance |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-445-085

**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Gentle Touch

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** January 05, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Persis Clayton Weirs
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Patrick Weirs
305 Mann Hill Rd, Holden, ME, 04429, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification

