**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

PATRICK WEIRS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-03518

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | BeiLingJingMao |
| 2 | xiaosnan |
| 3 | HeNanJiuQuanLeShangMao |
| 4 | nanxindege |
| 5 | 范书柜收纳 |
| 6 | DingYuTing |
| 7 | GuangZhouYiWuShangMao |
| 8 | 金华市淑徵服饰有限公司 |
| 9 | deyangzhiguangshanxi |
| 10 | qujingyanchaoshangmaoyouxiangongsi |
| 11 | ZHUOYUSS |
| 12 | YYIJIU |
| 13 | WANLiber |
| 14 | XYNFangLanYuan |
| 15 | HYLUN |
| 16 | QQQDFDSQDWe Quan Art poster decorations |
| 17 | Foop Art B |
| 18 | Hoop Art |
| 19 | B Distant decorative painting |
| 20 | 5ddiamondartkits |
| 21 | 5diamondpainting |
| 22 | fansells |

1